```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A04-0029--CV (JKS)
                  "USA V PHILLIP A. LAFLEUR ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/26/04
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (870) Tax Suits
                    AACTION TO REDUCE FEDERAL TAX ASSEMENT
            Origin: (1) Original Proceeding
            Demand: 229
        Filing fee: Waived
          Trial by: Jury
```

Parties of Record:                        Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Timothy M. Burgess<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br><br>Keith S. Blair<br>U.S. Department of Justice<br>POB 683<br>Ben Franklin Station<br>Washington, DC 20044-0683<br>202-307-0977<br>FAX 202-307-0054 |
| DEF 1.1 | LAFLEUR, PHILLIP A. | No counsel found for this party! |
| DEF 2.1 | NORTHSTAR ENERGY GROUP INC | No counsel found for this party! |
| DEF 3.1 | ALASKA, STATE OF | Leroy K. Latta Jr<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-6617<br>FAX 907-278-3458 |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0029--CV (JKS)
                           "USA V PHILLIP A. LAFLEUR ET AL"

                                   For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 01/26/04
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (870) Tax Suits
                   AACTION TO REDUCE FEDERAL TAX ASSEMENT
           Origin: (1) Original Proceeding
           Demand: 229
       Filing fee: Waived
         Trial by: Jury


Document #   Filed     Docket text

     1 -  1  01/26/04  Complaint filed; Summons issued.

  NOTE -  1  01/28/04  Issued: summons re: DEF 2.

     2 -  1  02/02/04  PLF 1 motion to substitute attorney for service of process.

     2 -  2  02/04/04  JKS Order granting mot to substitute atty Keith Blair for service of
                       process and as counsel (2-1). cc: cnsl, K. Blair

     3 -  1  02/06/04  PLF 1 Return of Service Executed re: DEF 1 on 2/02/04.

     4 -  1  02/10/04  PLF 1 Return of Service Executed on DEF 2 on 02/04/04.

     5 -  1  02/13/04  PLF 1 Return of Service Executed on DEF 3 on 02/02/04.

     6 -  1  03/05/04  DEF 3 Answer to Complaint w/att exhs.

     7 -  1  03/05/04  PLF 1 Application for entry of default re: DEF 1.

     8 -  1  03/08/04  Clerk's Notice entering default as to DEF 1. cc: cnsl, P. LaFleur

     9 -  1  03/10/04  JKS Minute Order that ans has not been fld by one or more defs svd;
                       require an ans or apply for default w/i 20 days from the date of this
                       mo. cc: cnsl

    10 -  1  03/24/04  DEF 2 Answer to Complaint.

    10 -  2  03/24/04  DEF 2 Jury Demand.

    11 -  1  03/30/04  PLF 1 Notice of related case to A03-0149CV (JKS).

    12 -  1  04/02/04  JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

    13 -  1  04/06/04  JKS Minute Order that parties are to file comments or objections to
                       consolidating this case with A03-0149CV (JKS) BY 04/16/04. cc: cnsl
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0029--CV (JKS)
                              "USA V PHILLIP A. LAFLEUR ET AL"

                                      For all filing dates


Document #    Filed       Docket text
----------    -----       -----------
    14 -   1  04/15/04    DEF 3 non-opposition to consolidation.

    15 -   1  04/20/04    PLF 1 Non-opposition to consolidation.

    16 -   1  04/21/04    DEF 3 motion for leave to file cross-motion against Northstar Energy
                          Group, Inc. w/att memo, exhs & proposed cross-claim.

    17 -   1  04/27/04    JKS Minute Order that this case is consolidated with case A03-0149CV
                          (JKS); case A03-0149CV (JKS) will be the master case. cc: cnsl

  NOTE -   2  05/04/04    Notation: All further filings to be in A03-0149CV (JKS).
```