IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>        Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>        Defendants.<br>_____<br>NORTHSTAR ENERGY GROUP, INC.<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>        Third-Party Defendants. | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated)<br><br><br><br><br><br><br><br>**ORDER GRANTING DISMISSAL<br>WITHOUT PREJUDICE** |

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

    Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

    Cross-claim Defendant.

  Upon stipulation of the parties,

  IT IS ORDERED that the third-party complaint by NorthStar Energy Group, Inc. against Phillip LaFleur is dismissed without prejudice, each party to bear its own costs and attorney's fees.

  DATED this 3rd day of August, 2006, at Anchorage, Alaska.

           By: /s/ James K. Singleton, Jr.
             The Honorable James K. Singleton

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER FOR DISMISSAL

Page 2 of 2

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)